IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHARLES E. JEFFERSON           :
                               :
v.                             : Civil Action WMN-98-368
                               :
MERCURY DISTRIBUTION           :
CARRIERS, INC., et al.         :

## ORDER

Before the Court is Plaintiff's motion for leave to supplement opposition to Defendant Mercury's Motion for Summary Judgment. (Paper No. 55). In light of this Court's Memorandum Opinion and Order denying Defendants Mercury's and Emerich's Motion for Summary Judgment (paper Nos. 56 and 57), Plaintiff's motion is denied as moot.

Accordingly, IT IS this 23rd day of September, 1999, by the United States District Court for the District of Maryland, ORDERED:

1. That Plaintiff's motion for leave to supplement opposition to Defendant Mercury's Motion for Summary Judgment is DENIED as MOOT; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

William M. Nickerson
United States District Judge